

**BARRON & NEWBURGER, PC**

Arthur Sanders
*Attorney*

Office 845-499-2990 | E-Mail: asanders@bn-lawyers.com

April 20, 2016

Hon. LaShann DeArcy Hall
United States District Court
225 Cadman Plaza East
Brooklyn, NY  11201

RE: MASLATON v LTD FINANCIAL SERVICES, L.P.
16-CV-0137

Dear Judge Hall:

Please be advised that this office represents the defendant in the above-captioned matter. The Initial Conference on this matter is scheduled for May 13, 2016 before Magistrate Gold.

The parties are pleased to inform the Court that this matter has tentatively settled. The parties will need 30 days to exchange settlement documents and to file the Stipulation of Dismissal.

Thank you for your consideration.

Sincerely,

BARRON & NEWBURGER, P.C.

By: Arthur Sanders
as/nv

Cell: (845) 548-2213 | Fax: (845) 499-2992 | 30 South Main Street | New City, NY 10956 | bn-lawyers.com