UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------x
MOSHE MASLATON,

         Plaintiff,        STIPULATION OF DISMISSAL

   -against-                        16 CV 00137

LTD FINANCIAL SERVICES L.P.,

         Defendants.
----------------------------------x

    WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

    WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

    IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed against LTD FINANCIAL SERVICES, L.P., with prejudice and without costs to any party.

MOSHE MASLATON                     LTD FINANCIAL SERVICES, LP.P.

_____       _____
ADAM FISHBEIN, ESQ.               ARTHUR SANDERS. ESQ.
483 Chestnut Street               BARRON & NEWBURGER P.C.
Cedarhurst, NY 11516              30 South Main Street
                                           New City, NY 10956

Attorney for plaintiff             Attorney for defendant