UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------x

MOSHE MASLATON,

               Plaintiff,

     -against-

LTD FINANCIAL SERVICES L.P.,

               Defendants.

----------------------------------x

**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ AUG 16 2016 ★

**BROOKLYN OFFICE**
STIPULATION OF DISMISSAL

16 CV 00137

WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed against LTD FINANCIAL SERVICES, L.P., with prejudice and without costs to any party.


MOSHE MASLATON

_____

ADAM FISHBEIN, ESQ.
483 Chestnut Street
Cedarhurst, NY  11516


Attorney for plaintiff


LTD FINANCIAL SERVICES, LP.P.

_____

ARTHUR SANDERS. ESQ.
BARRON & NEWBURGER P.C.
30 South Main Street
New City, NY  10956


Attorney for defendant


So Ordered

s/ LaShann DeArcy Hall

_____
LaShann DeArcy Hall
United States District Judge